[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] JUDGMENT ENTRY.
This appeal, considered on the accelerated calendar under App.R. 11.1(E) and Loc.R. 12, is not controlling authority except as provided in S.Ct.R.Rep.Op. 2(G)(1).
Defendant-appellant George Burnett's first assignment of error is sustained on the authority of this court's decision in Statev. Cooney (1997), 124 Ohio App.3d 570, 706 N.E.2d 854. See R.C. 2945.71(B)(1). Therefore, the judgment of the trial court is reversed, and Burnett is discharged.
Further, a certified copy of this Judgment Entry shall constitute the mandate, which shall be sent to the trial court under App.R. 27. Costs shall be taxed under App.R. 24.
 ________________________ PRESIDING JUDGE DOAN
 DOAN, P.J., GORMAN and PAINTER, JJ.